| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | RACHEL W. HILL, Bar #151522 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JUAN SOLORIO-MENDOZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:11-CR-216 LJO |
|---|---|
| *Plaintiff,* | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; ORDER |
| v. | ) |
| JUAN SOLORIO-MENDOZA, | ) Date : December 5, 2011 |
| | ) Time: 1:00 P.M. |
| *Defendant.* | ) Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for October 28, 2011, **may be continued to December 5, 2011, at 1:00 P.M.**

This continuance is made at the request of defense counsel. The defense is seeking additional discovery from the government. The government will seek to see if the requested discovery exists. The government has provided the defense with a plea offer, but counsel is unable to determine the relative merits of the offer until she receives the requested discovery, which she believes does exist. AUSA Henry Carbajal has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation.  18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: October 26, 2011              /s/ Henry Carbajal
                                        HENRY CARBAJAL
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: October 26, 2011              /s/ Rachel W. Hill
                                        RACHEL W. HILL
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        Juan Solorio-Mendoza

## **O R D E R**

Good Cause exists.  Time is excluded for the reasons stated.  At the next hearing, either a change of please will occur or counsel should be ready to set the trial.

IT IS SO ORDERED.

**Dated:     October 26, 2011**          /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE