DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHEL W. HILL, Bar #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JUAN SOLORIO-MENDOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:11-cr-00216 LJO |
| ) | |
| *Plaintiff,* ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; ORDER |
| v. ) | |
| ) | Date : January 17, 2012 |
| JUAN SOLORIO-MENDOZA, ) | Time: 1:00 P.M. |
| ) | Judge: Hon. Lawrence J. O'Neill |
| *Defendant.* ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference in the above-entitled matter scheduled for December 5, 2011, **may be continued to January 17, 2012, at 1:00 P.M.**

This continuance is made at the request of defense counsel due to on-going discovery and investigation. Since the last status conference, the government attempted to locate discovery sought by defense counsel. An additional report was provided by the government to defense counsel today. That report appears to reference additional discovery which has not yet been provided. The time requested will allow for the AUSA to confer with the relevant agencies to determine if the additional discovery sought exists and to provide it to defense counsel. Once received, the discovery will need to be reviewed by defense counsel and discussed with her client, who is currently housed in Lerdo.

The specific items sought bear directly on admissions sought by the government in a proposed plea agreement and which could significantly alter the defendant's exposure in this case. AUSA Henry

Carbajal has no objection to this request. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served by continuing this case outweigh the best interests of the public and the defendant in a speedy trial in that additional time is necessary for effective defense preparation. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

                                         BENJAMIN B. WAGNER
                                         United States Attorney

DATED: November 30, 2011            /s/ Henry Carbajal
                                         HENRY CARBAJAL
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

                                         DANIEL J. BRODERICK
                                         Federal Defender

DATED: November 30, 2011            /s/ Rachel W. Hill
                                         RACHEL W. HILL
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Juan Solorio-Mendoza

## **O R D E R**

United States District Court

IT IS SO ORDERED.

**Dated:   December 1, 2011**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE