1  BENJAMIN B. WAGNER
   United States Attorney
2  HENRY Z. CARBAJAL III
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for the
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00216 LJO |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON |
| JUAN SOLORIO-MENDOZA, | ) ) | Date: March 12, 2012 Time: 9:00 a.m. |
| Defendant. | ) ) | Dept: Hon. Lawrence J. O'Neill |

20      IT IS HEREBY STIPULATED by and between the parties hereto, and
21 through their respective attorneys of record herein, that the status
22 conference for defendant JUAN SOLORIO-MENDOZA, in the
23 above-referenced action now scheduled for January 17, 2012, at 1:00
24 p.m. is continued to **March 12, 2012, at 1:00 p.m.**

25      The continuance of the status conference is being requested by
26 the parties to allow the government to obtain additional discovery
27 from the state law enforcement agencies involved in the defendant's
28 arrest.  The government has made efforts to obtain the referenced
discovery, which was identified in a prior stipulation to continue a

**Stipulation to Continue Status Conference;**
**Order Thereon**

past status conference, but additional time is required to effectuate the compliance of the arresting agencies.  The discovery is necessary to resolve a potential sentencing issue that would have a significant effect on the incarceration period the defendant would be facing upon being found guilty of the crime charged in the indictment.

The parties agree that the time between the filing of this stipulation and the new status conference date on March 12, 2012 shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Dated: December 30, 2011 /s/Rachel Hill
RACHEL HILL
Attorney for Defendant
JUAN SOLORIO-MENDOZA

Dated: December 30, 2011 BENJAMIN B. WAGNER
United States Attorney

By: /s/Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant U.S. Attorney

Good Cause exists for the continuance.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   December 30, 2011**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

**Stipulation to Continue Status Conference;
Order Thereon** 2